**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of TRIPLE S ALARM CO., INC. | * * * * * | |
| Plaintiff | * | NO: 4:10CV01505  SWW |
| VS. | * * | |
| WESTFIELD INSURANCE COMPANY | * * * | |
| Defendant | * | |

**ORDER**

Before the Court is Defendant's motion for a declaration regarding Plaintiff's ability to recover attorney fees in this case (docket entry #34). The Court will not issue an advisory opinion regarding a controversy which has not arisen and thus declines to grant the requested declaration. However, in the interest of resolving this dispute without the necessity of a trial, the Court directs the parties to *F.D. Rich Co. v. United States ex rel. Indus. Lumber Co.*, 417 U.S. 116, 94 S.Ct. 2157 (1974), where the Supreme Court held that "the Miller Act provides a federal cause of action, and the scope of the remedy as well as the substance of the rights created thereby is a matter of federal not state law." *Id*. at 127, 94 S.Ct. 2157.

IT IS THEREFORE ORDERED that Defendant's motion for a declaration (docket entry # 34) *is DENIED*.

IT IS SO ORDERED THIS 1st DAY OF MARCH, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE