**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of TRIPLE S ALARM CO., INC. | * * * * * | |
| Plaintiff | * | NO: 4:10CV01505   SWW |
| VS. | * * | |
| WESTFIELD INSURANCE COMPANY | * * * | |
| Defendant | * | |

## JUDGMENT ON JURY VERDICT

This action came on for a jury trial beginning March 5, 2012. The issues were duly tried, and the jury rendered a verdict on March 8, 2012, answering Interrogatories #1 through # 5. Pursuant to those answers, its is hereby ORDERED AND ADJUDGED that Plaintiff Triple S Alarm Co., Inc. have and recover from Defendant Westfield Insurance Company $28,587.50, together with interest from the date of this judgment until paid at the rate of .18% per annum as provided by law.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE